```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                         DISTRICT OF VERMONT
```

Joshua Many,                          :
    Plaintiff,              :
                             :
    v.                       : Civil No. 2:19 CV 42
                             :
Vermont Department of                 :
Corrections and Centurion             :
Healthcare,                           :
    Defendants.              :

<u>ORDER</u>

The Report and Recommendation of the United States Magistrate Judge was filed November 13, 2019 (Doc. 14). After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The defendants' motion to dismiss (Doc. 10), is GRANTED, and that all claims alleged in Many's complaint (Doc. 6) are DISMISSED. Many's request for appointment of counsel (Doc. 6) is DENIED. It is further ordered that counsel for defendants be ordered to release to Many all reports regarding his medical treatment to assist Many in ascertaining the identities of all individuals involved in Many's medical treatment for the period of July 2017 to January 2019. This assistance must be rendered within 30 days of this order. Many may then file an Amended Complaint no later than 30 days after receiving the identifying

information.  Should Many elect not to file an Amended Complaint within 30 days after receiving the identifying information, this case will be closed.

Pursuant to Fed. R. App. P. 22(b), a certificate of appealability is DENIED because the petitioner has failed to make a substantial showing of denial of a federal right.  Furthermore, the petitioner's grounds for relief do not present issues which are debatable among jurists of reasons, which could have been resolved differently, or which deserve further proceedings.  <u>See</u> <u>e.g.</u>, <u>Flieger v. Delo</u>, 16 F.3rd 878, 882-83 (8th Cir.) <u>cert. denied</u>, 513 U.S. 946 (1994); <u>Sawyer v. Collins</u>, 986 F.2d 1493, 1497 (5th cir.), <u>cert. denied</u>, 508 U.S. 933 (1993).

Furthermore, it is certified that any appeal of this matter would not be taken in good faith, pursuant to  28 U.S.C. § 1915(a)(3).

Dated at Burlington, in the District of Vermont, this 8th day of January, 2020.

<u>/s/ William K. Sessions III</u>
William K. Sessions III
District Court Judge